# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-14198 BG
Case Name: GRABAREK, JULIAN
AKA G K CONSTRUCTION
Period Ending: 11/14/08

Trustee: (330350) EUGENE CRANE
Filed (f) or Converted (c): 04/09/04 (f)
§341(a) Meeting Date: 05/25/04
Claims Bar Date: 04/27/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Accounts | 750.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods and Furnishings | 1,050.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Stock and Business Interests | 10.00 | 0.00 | | 0.00 | FA |
| 5 | Personal Injury | Unknown | Unknown | | 104,000.00 | FA |
| 6 | Automobile | 2,500.00 | 1,300.00 | DA | 0.00 | FA |
| 7 | Machinery, Fixtures and 'Business Equipment | 750.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.45 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $5,260.00 | $1,300.00 | | $104,005.45 | $0.00 |

**Major Activities Affecting Case Closing:**

File motion to extend time to object to discharge

06/30/2005: PI case still pending. Will fire existing special counsel for lack of response and update and hire new special counsel.

09/01/2006: Personal Injury case still pending.

09/2007: Discovery not concluded on PI case

06/01: Discovery still not concluded on PI case

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-14198 BG
**Case Name:** GRABAREK, JULIAN
AKA G K CONSTRUCTION
**Period Ending:** 11/14/08

**Trustee:** (330350)    EUGENE CRANE
**Filed (f) or Converted (c):** 04/09/04 (f)
**§341(a) Meeting Date:** 05/25/04
**Claims Bar Date:** 04/27/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 30, 2006    Current Projected Date Of Final Report (TFR): February 28, 2009

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-14198 BG | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | GRABAREK, JULIAN AKA G K CONSTRUCTION | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 61-6365166 | Account: | ****-*****13-65 - Money Market Account |
| Period Ending: | 11/14/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/13/08 | {5} | james geraghty | Settlement proceeds received Personal Injury Lawsuit | 1142-000 | 104,000.00 | | 104,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.45 | | 104,005.45 |
| 11/05/08 | | To Account #**********1366 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 61,000.00 | 43,005.45 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 104,005.45 | 61,000.00 | $43,005.45 |
| Less: Bank Transfers | | 0.00 | 61,000.00 | |
| Subtotal | | 104,005.45 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $104,005.45 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-14198 BG | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | GRABAREK, JULIAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | AKA G K CONSTRUCTION | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 61-6365166 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/14/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/08 | | From Account #********1365 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | | 9999-000 | 61,000.00 | | 61,000.00 |
| 11/05/08 | 101 | James M. Geraghty | Special Counsel Fees for personal injury case Grabarek v. Sloan et al | | 3210-600 | | 41,600.00 | 19,400.00 |
| 11/05/08 | 102 | James M. Geraghty | Special Counsel Expenses for personal injury case Grabarek v. Sloan et al | | 3220-610 | | 5,329.92 | 14,070.08 |
| 11/05/08 | 103 | The Rawlings Company | Medical lien no. 04USA0200027 | | 4220-000 | | 6,000.00 | 8,070.08 |
| 11/05/08 | 104 | Julian Grabarek | Personal Injury Exemption | | 8100-002 | | 7,500.00 | $570.08 |

| | | | ACCOUNT TOTALS | 61,000.00 | 60,429.92 |
| | | | Less: Bank Transfers | 61,000.00 | 0.00 |
| | | | Subtotal | 0.00 | 60,429.92 |
| | | | Less: Payments to Debtors | | 7,500.00 |
| | | | NET Receipts / Disbursements | $0.00 | $52,929.92 |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-14198 BG | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | GRABAREK, JULIAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | AKA G K CONSTRUCTION | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 61-6365166 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/14/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****13-65 | 104,005.45 | 0.00 | 43,005.45 |
| Checking # ***-*****13-66 | 0.00 | 52,929.92 | 570.00 |
| | $104,005.45 | $52,929.92 | $43,575.45 |