**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GRABAREK, JULIAN<br>AKA G K CONSTRUCTION<br>AKA G K CONSTRUCTION INC<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-14198 BG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 S. Dearborn, Courtroom 613
    Chicago, Illinois 60604

    on: **January 12, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts $ 104,005.45

    b. Disbursements $ 60,429.92

    c. Net Cash Available for Distribution $ 43,575.53

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar<br>(Trustee's Firm Legal Fees) | 0.00 | $10,575.00 | |

| | | |
|---|---|---|
| EUGENE CRANE (Trustee Fees) | 0.00 | $6,935.73 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $72.26 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $3,012.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of | $ 918.53 | $ 918.53 |
| 1I | eCAST Settlement Corporation assignee of | $ 57.83 | $ 57.83 |
| 2 | eCAST Settlement Corporation assignee of | $ 2,016.77 | $ 2,016.77 |
| 2I | eCAST Settlement Corporation assignee of | $ 126.98 | $ 126.98 |
| 3 | American Express Travel Related Services Co, Inc | $ 76.72 | $ 76.72 |
| 3I | American Express Travel Related Services Co, Inc | $ 4.83 | $ 4.83 |
| SURPLUS | GRABAREK, JULIAN | $ 22,790.88 | $ 22,790.88 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: Automobile.

Dated: **December 19, 2008**  For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: EUGENE CRANE
Address: 135 S. LaSalle Street, #3705
Chicago, IL 60603
Phone No.: (312) 641-6777

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Dec 19, 2008
Case: 04-14198                Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Dec 21, 2008.
db            +Julian Grabarek,    7524 E Keeney,    Niles, IL 60714-2912
aty           +Iwona Pankowska,    Iwona Pankowska & Associates P C,    6444 N. Milwaukee Avenue,
                Chicago, IL 60631-2046
tr            +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
11243931       American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
7971568        Amex Travel Related Svcs Co Inc,    c/o Becket & Lee LLP,    POB 3001,    Malvern, PA  19355-0701
7971569       +Arrow Financial Service,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
7971570        Arrow Financial Services, LLC,    PO Box 469005,    Chicago, IL  60646-9005
7971571       +Cap 1 Bank,    PO Box 85015,    Richmond, VA 23285-5015
7971572       +Capital One Bank,    PO BOX 85015,    RICHMOND, VA 23285-5015
7971573        Capital One Services,    PO Box 60000,    Seattle, WA  98190-6000
7971574       +Casey Wadowski International, Ltd.,    C/O: ROOKS PITTS,    10 S. Wacker Drive, #2300,
                Chicago, IL 60606-7509
7971575        Chrysler Financial,    PO Box 2993,    Milwaukee, WI  53201-2993
7971576       +Cross Country Bank,    PO BOX 15371,    WILMINGTON, DE 19850-5371
7971578        D&B RMS,    PO Box 280431,    East Hartford, CT  06128-0431
7971577       +D&B RMS,    77 Hartland Street, #401,    East Hartford, CT 06108-3253
7971579       +Daimler Chrysler LLC,    c/o Mindy D Smith,    7700 Bonhomme 7th fl,    St Louis, MO 63105-1960
7971580       +G.K. Construction, Inc.,    7524 W. Keeney,    Niles, IL 60714-2912
7971566       +GRABAREK JULIAN,    7524 W Keeney,    Niles, IL 60714-2912
7971567       +Iwona Pankowska,    6146 N Milwaukee Ave,    Chicago, IL 60646-3821
7971581       +Kazimierz Wadowski,    C/O: ROOKS PITTS,    10 S. Wacker Drive, #2300,    Chicago, IL 60606-7509
7971582       +MACIEJ GRABAREK,    C/O: Karen L. Shishem, Esq.,    53 W. Jackson Blvd., #1628,
                Chicago, IL 60604-3738
7971584       +Providian,    4940 JOHNSON DR,    PLEASANTON, CA 94588-3308
7971583       +Providian,    150 SPEAR ST,    SAN FRANCISCO, CA 94105-1535
7971585        Providian Processing Services,    PO Box 660548,    Dallas, TX  75266-0548
11243929       eCAST Settlement Corporation assignee of,    Providian National Bank,    POB 35480,
                Newark NJ 07193-5480
The following entities were served by electronic transmission on Dec 20, 2008.
7971586       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:23:57      Sam's Club,    PO Box 103036,
                Roswell, GA 30076-9036
7971587        E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:23:47      Sam's Club/MCCBG,
                PO Box 105980 Dept. 77,    Atlanta, GA  30353-5980
7971588       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:23:56      Sams Club,
                2323 NORTH CENTRAL EXPRESSWAY,    RICHARDSON, TX 75080-2712
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**          **Signature:** _Joseph Speetjens_